FILED
3/22/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
DB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENE DAVIS | Case No. **21cr184**<br>**Judge Robert M. Dow, Jr**<br>**Magistrate Judge Sheila M. Finnegan**<br><br>Violation: Title 18, United States Code, Section 2113(a)<br><br>**INFORMATION** |

The UNITED STATES ATTORNEY charges:

On or about May 22, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

EUGENE DAVIS,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $3,460.50 in United States currency belonging to, and in the care, custody, control, management, and possession of the Chase Bank, located at 35 West Wacker Drive, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2113(a), as set forth in this Information, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

   a. approximately $3,460.50.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

ERIKA CSICSILA
Digitally signed by ERIKA CSICSILA
Date: 2021.03.21 20:53:05 -05'00'

Signed by Erika L. Csicsila on behalf of the
UNITED STATES ATTORNEY